IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE DAILEY/SHAHEED-X,**                                  **PLAINTIFF**
**ADC #110112**

**V.**                      **CASE NO. 5:19-CV-170-BD**

**ESTELLA BLAND**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 7th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE